UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| DONNELL WILLIAMS, ) | |
|     Petitioner, ) | |
| ) | No. 1:15-cv-983 |
| -v- ) | |
| ) | HONORABLE PAUL L. MALONEY |
| SHERRY L. BURT, ) | |
|     Respondent. ) | |
| _____) | |

## JUDGMENT

This Court denied Petitioner Donnell Williams' habeas petition as time-barred by the one-year statutory limitations period. The Court also denied a certificate of appealability. Having resolved all pending issues, as required by Rule 58 of the Federal Rules of Civil Procedure, **JUDGMENT ENTERS.**

    **THIS ACTION IS TERMINATED.**

    **IT IS SO ORDERED.**

Date:  November 10, 2015                                    /s/ Paul L. Maloney
                                                                             Paul L. Maloney
                                                                             United States District Judge